IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES DAVID MCDANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0633 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JAMES BROWN CONTRACTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B), this action is referred to the Honorable John Bryant, Magistrate Judge to hear and determine any pretrial motion, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56 and 65.

Therefore, the initial case management conference set for **Monday, August 23 2010 at 2:00 p.m. is CANCELLED**. The case management conference will be reset by Judge Bryant.

It is so **ORDERED**.

ENTERED this the 7th day of July 2010.

WILLIAM J. HAYNES, JR.
United States District Judge