UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
CHARLES DAVID McDANIELS,        )
                                )
     Plaintiff,                 )
                                )
          v.                    )   NO. 3:10-0633
                                )
JAMES BROWN CONTRACTING, INC.,  )   Judge Haynes/Bryant
                                )
     Defendant.                 )
```

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, August 30, 2010,** at **9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to August 30, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge